# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**BEVERLEY WEST**                                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 3:22-CV-3026**

**CHARLES SCOTT JACKSON and**
**CIRCUIT COURT OF CARROLL COUNTY,**
**ARKANSAS**                                                    **DEFENDANTS**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 15) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, filed in this case on July 26, 2022, regarding Plaintiff Beverley West's Motion for Leave to Appeal *in forma pauperis* (Doc. 13). After careful review of the R&R, Plaintiff's objections (Doc. 16), and a *de novo* review of the record, the Court finds that the objections offer neither law nor fact requiring departure from the Magistrate Judge's findings. Accordingly, the R&R is **ADOPTED**. Plaintiff's lawsuit was meritless and frivolous. Therefore, her request to appeal *in forma pauperis* is not taken in good faith.

Accordingly, **IT IS ORDERED** that the Motion for Leave to Appeal *in forma pauperis* (Doc. 13) is **DENIED**. Plaintiff is free to renew her request with the Court of Appeals for the Eighth Circuit pursuant to Federal Rule of Appellate Procedure 24(a)(5).

**IT IS SO ORDERED** this 12th day of August, 2022.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE